# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| FIRST INSURANCE FUNDING, etc., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION 18-0038-WS-M |
| SHEILA EDDINS, etc., et al., | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the defendants' motion to stay these civil proceedings pending resolution of the criminal proceedings initiated against the individual defendant. (Doc. 46). The plaintiff is unopposed. (Doc. 48).

Upon consideration, the motion to stay is **granted**.[1] This action is **stayed** pending further Court order. The defendants are **ordered** to file and serve, on or before **November 10, 2018** and on or before the tenth day of each month thereafter, a status report detailing the progress of the criminal proceedings, including at a minimum any trial setting and any other deadlines that might reasonably bear on the propriety of continuing a stay in this case. The defendants are also **ordered** to file and serve a notice of the conclusion of the criminal action – by verdict, plea, dismissal or otherwise – within 72 hours of its occurrence.

DONE and ORDERED this 24th day of October, 2018.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE

---

[1] The defendants rely on Alabama cases, but the Court's consideration must be governed by federal principles and precedent, which are not identical to their state analogues. In making its decision, the Court has employed the analysis it utilized in *Doe I v. City of Demopolis*, 2009 WL 2059311 (S.D. Ala. 2009), and *Lay v. Hixon*, 2009 WL 1357384 (S.D. Ala. 2009).